**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS, TRANSPORTATION DIVISION,** | **8:25CV740** |
| **Plaintiff,** | |
| **vs.** | **AMENDED ORDER** |
| **UNION PACIFIC RAILROAD COMPANY,** | |
| **Defendant.** | |

This matter comes before the Court on the parties' Joint Motion to Amend Scheduling Order (Filing No. 19). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the Joint Motion to Extend Scheduling Order (Filing No. 19) is granted, and the order is amended as follows:

**IT IS ORDERED:**

1) This case will be resolved by cross-motions for summary judgment, which shall be filed on or before **July 21, 2026**. The brief responding to the opposing party's summary judgment motion shall be filed on or before **September 11, 2026**. Any motion for leave to file a reply brief will be filed within 10-days of when the response brief was filed. Any reply brief will be due within 14-days of any order granting leave to reply.

2) The status conference set for September 2, 2026, is cancelled. A status conference to discuss case progression and the parties' interest in settlement will be held with the undersigned magistrate judge on **September 16, 2026,** at **11:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

Dated this 7th day of July, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge