# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS, TRANSPORTATION DIVISION,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**UNION PACIFIC RAILROAD COMPANY,**<br><br>**Defendant.** | **8:25CV740**<br><br><br>**SECOND AMENDED ORDER** |

This matter comes before the Court on the Petitioner SMART-TD's Unopposed Request to Extend Time for Parties' Cross-Motions for Summary Judgment and Responses (Filing No. 22). After review of the motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the Petitioner SMART-TD's Unopposed Request to Extend Time for Parties' Cross-Motions for Summary Judgment and Responses (Filing No. 22) is granted, and the amended order nunc pro tunc is amended as follows:

**IT IS ORDERED:**

1) This case will be resolved by cross-motions for summary judgment, which shall be filed on or before **August 11, 2026**. The brief responding to the opposing party's summary judgment motion shall be filed on or before **September 25, 2026**. Any motion for leave to file a reply brief will be filed within 10-days of when the response brief was filed. Any reply brief will be due within 14-days of any order granting leave to reply.

2) The status conference set for September 16, 2026, is cancelled. A status conference to discuss case progression and the parties' interest in settlement is set be held with the undersigned magistrate judge on **September 30, 2026,** at **11:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

Dated this 20th day of July, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge